IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Embassy of the State of Kuwait<br>2940 Tilden Street, N.W.<br>Washington, D.C. 20008<br><br>　　　　Plaintiff,<br><br>v.<br><br>GRANT CHRISTOPHER LEDGER<br>4419 North Scottsdale Road, #220<br>Scottsdale, Arizona 85251<br><br>And<br><br>BONDS USA, INC.<br>4419 North Scottsdale Road, #220<br>Scottsdale, Arizona 85251<br><br>**Serve Upon:**<br>GRANT CHRISTOPHER LEDGER<br>4419 North Scottsdale Road, #220<br>Scottsdale, Arizona 85251<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

COMES NOW THE PLAINTIFF, the Embassy of the State of Kuwait, by and through its counsel, John W. Hermina, Esquire, and the Hermina Law Group, and complains unto this Honorable Court as follows:

1. Jurisdiction and venue are proper in this Honorable Court. The Plaintiff is a foreign mission representing a foreign Government in the United States of America and the District of Columbia. Although the Defendants reside in Scottsdale, Arizona, the relationship of the parties was formed in the District of

1

Columbia and Defendants' breach of contract and the conversion of Plaintiff's funds were committed by the Defendants in the District of Columbia.

2. For that two nationals of Kuwait who were studying in the State of Arizona were in need of bail funds. The Plaintiff contracted the Defendants and the parties hereto agreed that, in exchange for a fee paid to Defendants, the Plaintiff would send Defendants the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00), which amount would be posted as bail and which amount would be refunded to the Embassy of the State of Kuwait upon return of same by the Supreme Court of the State of Arizona ("the Court") where the underlying matter was pending.

3. That although the Defendants received from the Court the aforesaid amount, which belongs to the Embassy of Kuwait, the Defendants have refused to pay that amount back to Plaintiff without any justification or excuse. The Defendants have ignored repeated demands for the return of the funds made by the General Counsel for the Embassy.

COUNT ONE
BREACH OF CONTRACT

4. The Plaintiff incorporates by reference all of the allegations made above as if fully set forth herein and further states:

5. For that the Defendants' action in keeping the funds after the same were released by the Court in Arizona is in breach of the parties' agreement.

6. That prior to the filing of this suit, the Plaintiff made demands upon the Defendants for the return of the funds to no avail.

7. As a result of Defendants' breach, the Plaintiff suffered substantial harm, to wit: the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00), which belongs to the Plaintiff.

WHEREFORE, your Plaintiff respectfully requests a judgment against the Defendant in the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00), plus costs and attorneys fees.

## COUNT TWO
## CONVERSION

8. The Plaintiff incorporates by reference all of the allegations made above as if fully set forth herein and further states:

9. For that Defendants without any justification or excuse kept Plaintiff's funds and converted them, refusing to return the same to the Plaintiff, which is the rightful owner of the property.

10. The Embassy of Kuwait, through its General Counsel, demanded the return of the withheld funds, but Defendants refused to return such funds. That the trespassory and unauthorized taking of Plaintiff's property was committed was actual malice, or its equivalent, and this appropriation of Plaintiff's property was intentional and the same caused harm to Plaintiff.

WHEREFORE, your Plaintiff respectfully requests a judgment against the Defendant in the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00) in compensatory damages, and $1,000,000.00 in punitive damages on account of the malicious taking of Plaintiff's property.

Respectfully Submitted,

THE PLAINTIFF,

BY: _____
COUNSEL FOR THE
EMBASSY OF KUWAIT
John W. Hermina, Esquire
Bar No. 421790
& Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
301-206-3166

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS Embassy of the State of Kuwait 2940 Tilden Street, N.W. Washington DC | DEFENDANTS Grant Christopher Ledger 4419 North Scottsdale Road #220 Scottsdale, Arizona 85251 |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) 11001 | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) John W. Hermina, Hermina Law Group 8327 Cherry Lane, Laurel, Maryland 20707  301-206-3165 | ATTORNEYS (IF KNOWN) CASE NUMBER 1:07CV00335 JUDGE: Richard J. Leon DECK TYPE: Contract DATE STAMP: 02/12/2007 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

NOT FOR BONDS

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**ORIGIN**
☒ 1) Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Breach of Contract, Conversion    28 USC 1332

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES    ☒ NO    If yes, please complete related case form.

DATE 2/7/07    SIGNATURE OF ATTORNEY OF RECORD    [signature]

12

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.