AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/21/07 |
| NAME OF SERVER (PRINT) Derrick Earl | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Grant Christopher Ledger
4419 N Scottsdale rd, Scottsdale, AZ 85251

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

1642 E Detroit, Chandler, AZ 85___
Address of Server

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
District of Columbia

| | |
|---|---|
| Plaintiff<br>Embassy Of The State Kuwait<br><br>Vs.<br>Defendants<br>Grant Christopher Ledger<br>And<br>Bonds USA, INC | Case No. 07CV00335<br>**AFFIDAVIT OF SERVICE OF**<br>**Summons/ Complaint** |

I Derrick Earl do depose and say that on March 21st 2007 at 1:30pm hand delivered a copy of the order **Summons and Complaint** personally to defendant Grant Christopher Ledger. Said document was hand delivered to the address of 4419 N Scottsdale road Scottsdale, Az 85251. A fee of $55.00 was charged for service of process. I declare under the penalty of perjury that the above information is correct and true to the best of my knowledge.

_[signature]_

Registered Officer of Maricopa Superior Court
Derrick Earl #7066

Original filed and a copy
Mailed to:

Hermina Law Group

8327 Cherry Lane Laure, Maryland 20707

1