# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Embassy of the State of Kuwait )<br>)<br>)<br>        Plaintiff,                                )<br>)<br>v.                                                    )   Case No. 1:07-cv-335-RJL<br>)<br>GRANT CHRISTOPHER LEDGER    )<br>)<br>And                                                 )<br>)<br>BONDS USA, INC.                           )<br>)<br>)<br>        Defendants.                           )<br>_____) | |

## Motion for Order of Default

COMES NOW THE PLAINTIFF, the Embassy of the State of Kuwait, by and through its counsel, John W. Hermina, Esquire, and the Hermina Law Group, and, pursuant to Rule 55, moves this Honorable Court for the entry of an order of default, and as for its reasons, it states:

1. That the above captioned matter was filed in this Court on or about February 12, 2007.

2. That the summons and complaint in this case were served upon the Defendants on or about March 21, 2007, and that a return of service was filed on or about the same date by the process server, as may be reflected in this Court's docket in this case, **Document 4**.

1

3. That Defendants have failed to plead or defend the Complaint filed in this action. They have failed to file an answer, or, to otherwise, file any other responsive pleadings.

4. That the Complaint in this matter prayed for a sum certain, among other relief. Among the relief requested is a judgment against the Defendant in the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00) in compensatory damages.

5. That as the Affidavit from the Embassy Official who responsible for the payment of the amount shows, the amount was paid to the Defendants, was not returned to the Embassy and is not in dispute. **Exhibit 1**.

For the foregoing reasons, the Plaintiff respectfully requests that the Clerk of this Honorable Court enter a judgment of Default against the Defendants in the amount of Two Hundred Forty Seven Thousand and Five Hundred Dollars ($247,500.00).

Respectfully Submitted,

THE PLAINTIFF,

BY:  \_\_\_\_/s/_____
COUNSEL FOR THE
EMBASSY OF KUWAIT
John W. Hermina, Esquire
Bar No. 421790
& Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
301-206-3166

2

## Certificate of Service

I hereby certify that on October 31, 2007, the foregoing Motion for an Order of Default was transmitted through Court electronic transmittal and mailed to:

GRANT CHRISTOPHER LEDGER
4419 North Scottsdale Road, #220
Scottsdale, Arizona 85251

&

BONDS USA, INC.
4419 North Scottsdale Road, #220
Scottsdale, Arizona 85251

/s/
John Hermina

3

Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Embassy of the State of Kuwait Plaintiff, v. GRANT CHRISTOPHER LEDGER And BONDS USA, INC. Defendants. | Case No. 1:07-cv-335-RJL |

## Affidavit In Support of Motion for Order of Default

I, Nabeel Al-Dakheel, being duly sworn, depose and state:

1) That I am competent to testify as to the facts contained herein and have personal knowledge of the same.

2) I am the Deputy Chief of Mission and Counselor of the Embassy of Kuwait to the United States of America in Washington, D.C.

3) I am familiar with the payments, which were made to the Defendants in this case for posting a bond to Kuwaiti students out of Embassy funds.

4) The Defendants received the amount of Two Hundred Forty Seven Thousand and Five Hundred United States Dollars ($247,500.00) in connection with the action in posting a bond.

5) That the Defendants were obligated to return these funds to the Embassy. The Defendants did not return these amounts to the Embassy despite

1

the fact that the Embassy's General Counsel made demands for the return of the same.

I solemnly affirm under penalty of perjury under the laws of the United States that the above statements are true.

_____
Nabeel Al-Dakheel

Dated: October 31, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Embassy of the State of Kuwait ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-335-RJL |
| ) | |
| GRANT CHRISTOPHER LEDGER ) | |
| ) | |
| And ) | |
| ) | |
| BONDS USA, INC. ) | |
| ) | |
| Defendants. ) | |

## Order of Default

Upon consideration of Plaintiff's Motion, and in that Defendants have failed to respond to Plaintiff's Complaint, it is this _____ day of November, 2007, by the United States District Court for the District of Columbia,

ORDERED, Plaintiff's Motion be and the same is hereby GRANTED; and it is further,

ORDERED, the Clerk of this Court is to enter judgment against the Defendants in the amount of Two Hundred Forty Seven Thousand and Five Hundred Dollars ($247,500.00).

_____
**JUDGE** of the United States
District Court

1