UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| EMBASSY OF THE STATE OF KUWAIT, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Case No. 07-0335 (RJL) |
| v. | ) ) ) |
| GRANT CHRISTOPHER LEDGER, et al., | ) ) ) |
| Defendants. | |

## SHOW CAUSE ORDER

This matter comes before the Court on the plaintiff's Motion for Order of Default (Dkt. #5). The defendants have failed to plead or otherwise defend this action although they have been duly served with a summons and a copy of the complaint. Failure to respond to this Order may result in the entry of default judgment in favor of the plaintiff. Accordingly, it is this 12th day of December, 2007 hereby

**ORDERED** that the defendants show cause within fifteen (15) days of this Order why the court should not enter default judgment.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge