Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMBASSY OF THE STATE OF KUWAIT

_____

Plaintiff(s)

Civil Action No.  :07-cv-00335-RJL

V.

LEDGER et al

_____

Defendant(s)

RE:  GRANT CHRISTOPHER LEDGER  &
BONDS USA, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    March 21, 2007    , and an affidavit on behalf of the plaintiff having been filed, it is this  9th  day of ____July____, 2008  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Jackie Francis_____

Deputy Clerk